Alexandra HERNANDEZ, Plaintiff–Appellant,

v.

Jo Anne B. BARNHART, Commissioner of Social Security, Defendant–Appellee.

No. 05–5452–cv.

United States Court of Appeals, Second Circuit.

June 27, 2007.

honey, Assistant United States Attorneys, on the brief, Som Ramrup, Special Assistant United States Attorney, of counsel) for Roslynn R. Mauskopf, United States Attorney for the Eastern District of New York, Brooklyn, NY, for Defendant–Appellee.

PRESENT: Hon. PIERRE N. LEVAL, Hon. GUIDO CALABRESI, Hon. JOHN R. GIBSON,* Circuit Judges.

### SUMMARY ORDER

Plaintiff–Appellant Alexandra Hernandez appeals from an order of the district court denying her motion for review of the final determination of the Commissioner of Social Security, reducing Plaintiff–Appellant's son's survivor benefits. Given the representations of Hernandez at oral argument, that her son is now over eighteen and ineligible for the benefits, and that she was not seeking past benefits, together with the concurrence in this by the Appellee, the appeal is DISMISSED as moot.

Alexandra Hernandez, Brooklyn, NY, pro se.

Margaret Roibe, Assistant United States Attorney (Varuni Nelson, Kathleen A. Ma-

---

\* The Honorable John R. Gibson of the United States Court of Appeals for the Eighth Circuit, sitting by designation.